IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC.,<br><br>   Plaintiffs,<br><br>  v.<br><br>FRESENIUS KABI USA, LLC, et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 18-192 (CFC)<br>) CONSOLIDATED<br>)<br>)<br>) |

## JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED BY AND BETWEEN Pharmacyclics LLC and Janssen Biotech, Inc., ("Plaintiffs"), and Shilpa Medicare Limited ("Defendant") that:

(1) No party admits liability;

(2) Each party shall bear its own costs, attorney fees, and expenses incurred in connection with the claims dismissed by this Order;

(3) Plaintiffs' claims against Defendant are dismissed without prejudice;

(4) Defendant's claims against Plaintiffs are dismissed without prejudice.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Eve H. Ormerod* |
| Jack B. Blumenfeld (#1014) | Neal C. Belgam (#2721) |
| Jeremy A. Tigan (#5239) | Eve H. Ormerod (#5369) |
| 1201 North Market Street | 1000 West Street, Suite 1501 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 652-8400 |
| (302) 658-9200 | nbelgam@skjlaw.com |
| jblumenfeld@mnat.com | eormerod@skjlaw.com |
| jtigan@mnat.com | |
| | *Attorneys for Defendant Shilpa Medicare Limited* |
| *Attorneys for Plaintiffs* | |

March 8, 2019

      SO ORDERED this _____ day of _____, 2019.

                                    _____
                                    United States District Judge